UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JASON DILLABAUGH,

        Plaintiff,

v.          Case No. 3:17-cv-1133-J-20PDB

CREDIT ONE BANK, N.A.,

        Defendant.
_____/

## ORDER

This matter is before this Court on the parties' "Motion Staying and Referring Case to Arbitration" (Dkt. 7). In this motion, that Plaintiff stipulates to allow this Court to stay the case in its entirety and to refer this case to binding arbitration.

Accordingly it is **ORDERED**:

1. The "Motion Staying and Referring Case to Arbitration" (Dkt. 7) is **GRANTED**;

2. The parties are ordered to submit to binding arbitration; and

3. This case is administratively closed while the parties are in arbitration. However, every ninety (90) days, Plaintiff shall file a notice to this Court on the progress of the arbitration.

**DONE AND ORDERED** at Jacksonville, Florida, this 24 day of January, 2018.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Amy Ferrera, Esq.
Jocelyn Christine Smith, Esq.